# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**CRAIG KULIGOWSKI,**            CASE NO. 3:24 CV 626

    Plaintiff,

    v.            JUDGE JAMES R. KNEPP II

**UNIVERSITY OF TOLEDO, et al.,**

    Defendants.            **CASE MANAGEMENT CONFERENCE ORDER**

Case Management Conference held on:

1. The following attorneys were present:

   a. Plaintiff's counsel: Benjamin F. North and Lindsay R. McKasson
   b. Defendants' counsel: In Son J. Loving and Lorenzo Washington

2. A written stipulation (Local Rule 16.3(b)(3)) was filed.

3. After consultation with the parties and counsel, the Court determined that this case will proceed on the **STANDARD** track.

4. Case referred to Alternative Dispute Resolution (ADR):
   Yes \_\_\_\_\_   No **X**   Delay \_\_\_\_\_

5. This case does involve electronic discovery.

6. Deadline for exchange of Rule 26(a) initial disclosures: **July 26, 2024.**

7. Rulings as to type and extent of discovery:

   **Discovery Disputes**

   No motion to compel, motion for protective order or motion for sanctions shall be filed unless the parties have undertaken in good faith to resolve discovery disputes and, if unable to do so, have next contacted the Court by phone or e-mail with a request for judicial resolution. Local Civil Rule 37.1 governs discovery disputes and counsel are expected to comply with this Rule.

**Inadvertent Disclosure**

Pursuant to Evidence Rule 502(d), an inadvertent disclosure of a communication or information covered by the attorney-client privilege or work-product protection made in connection with this litigation shall not constitute a waiver of that privilege or protection in this or any other federal or state proceeding.

8. Discovery cut-off dates:
    a. Plaintiff's expert disclosures: **November 26, 2024**
    b. Defendants' expert disclosures: **January 9, 2025**
    d. Liability: **March 26, 2025**
    e. Damages: **March 26, 2025**

9. Without leave of Court, no discovery material shall be filed, except as necessary to support dispositive motions. Depositions filed either electronically or through the Clerk's Office shall include the Word Index.

10. Deadline for amending pleadings: **August 30, 2024**

11. Deadline for filing dispositive motions: **April 25, 2025.**

12. Telephone Status Conference SET for **November 4, 2024, at 10:00 AM**. The conference will convene on the Court's bridge line with dial-in access information to be provided to parties in advance of the call.

IT IS SO ORDERED.

s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

Dated: June 26, 2024